E-filing

**FILED**
JAN 0 3 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, *et al.* | No. C 04-04100 MJJ |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| DIAMOND OAKS CONSTRUCTION, *et al.* | |
| Defendants. | |

On December 21, 2005, the Court granted default judgment in this matter against Defendants Diamond Oaks Construction Company, Inc. (Doc. #37). However, Plaintiffs have not obtained default judgment against Defendant James Pelletier or voluntarily dismissed their claims against him. Accordingly, within 10 days of the filing date of this Order, Plaintiffs shall file a written brief not exceeding three pages indicating the status of Plaintiffs' case against Mr. Pelletier.

**IT IS SO ORDERED.**

Dated: 1/3/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE