FILED
JAN 0 9 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN,<br><br>    Plaintiff,<br><br>v.<br><br>DIAMOND OAKS CONSTRUCTION,<br><br>    Defendant. | No. C04-04100 MJJ<br><br>**ORDER DISMISSING DEFENDANT PELLETIER** |

On January 15, 2006, Plaintiffs filed a Notice of Dismissal as to Defendant James S. Pelletier (Doc. #39). Accordingly, the Court hereby **DISMISSES** Defendant Pelletier, without prejudice, from this lawsuit.

**IT IS SO ORDERED.**

Dated: 1/9/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE